**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street – Suite 1100*
*White Plains, New York 10606*

October 18, 2023

**BY EMAIL**

Honorable Victoria Reznik
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.
Dated: 10/18/2023

Re:   *United States v. Joel Reich*, 23 MJ 6834

Dear Judge Reznik:

The Government respectfully requests that the above-referenced complaint be unsealed. The defendant is in custody.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: Margery B. Feinzig
Margery B. Feinzig
Assistant United States Attorney
(914) 993-1903